UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Joshua Bejarano, Plaintiff, v. Aragon Agency Inc., Defendant. | Case No. 2:26-cv-00666-CDS-BNW **Order Accepting the Magistrate Judge's Report and Recommendation** [ECF No. 12] |

The magistrate judge issued a second report and recommendation (R&R), this time recommending that I dismiss plaintiff Joshua Bejarano's case because he failed to file an amended complaint by the June 8, 2026 deadline. R&R, ECF No. 12. Bejarano was warned that failure to timely file an amended complaint would result in this case being dismissed. ECF No. 9 at 3.

Under Local Rule IB 3-2(a) and 28 U.S.C. § 636(b)(1)(C), Bejarano had fourteen days—until June 26, 2026—to file any specific, written objections to the magistrate's judge's findings and recommendations. ECF No. 12 at 3. That deadline also passed and Bejarano neither filed an objection nor requested more time to do so.

Although review is not required unless objections are filed,[1] I nonetheless reviewed the magistrate judge's findings and conclusion and agree that the factors set forth in *Henderson v. Duncan* weigh in favor of dismissal. *See* ECF No. 12 at 2 (citing 779 F.2d 1421, 1424 (9th Cir. 1986). Bejarano was given an opportunity to amend his complaint to cure the deficiencies identified by the magistrate judge, but he failed to do so. And the Ninth Circuit has held that "[i]f a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into a dismissal of the entire action." *Lira v. Herrera*, 427 F.3d 1164, 1169

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

(9th Cir. 2005) (citing *Yourish v. California Amplifier*, 191 F.3d 983, 991–92 (9th Cir. 1999)). Accordingly, I adopt the magistrate judge's findings and accept the R&R in full.

**Conclusion**

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 12] is accepted in its entirety and adopted in full**; therefore, this case is dismissed without prejudice. The Clerk of Court is kindly instructed to enter judgment accordingly and to close this case.

Dated: July 15, 2026

_______________________________
Cristina D. Silva
United States District Judge